**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SCOTT JOHNSON,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**SOLE RISTORANTE ITALIANO,**<br>　　　　Defendant. | Case No. 4:21-cv-07591-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL;**<br>**DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 17, 18 |

The plaintiff to this action, by and through counsel, has advised the Court the parties have agreed to settlement. Based thereon, the matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**. It is further ordered that if any party certifies to the Court, with proper notice to all other parties, within sixty (60) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

Furthermore, while plaintiff's counsel failed to formally address the pending order to show cause at Docket Number 17, the Court discharges the order to show cause given the parties' settlement. Plaintiff's counsel is warned that failure to timely comply with deadlines and court orders may lead to sanctions should further action be necessary in this case.

**IT IS SO ORDERED.**

Dated: July 7, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**